UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>            v.<br><br>OKLAHOMA GAS & ELECTRIC CO.,<br><br>   Defendant. | Civil Action No. 5:13-cv-00690-D |

**PLAINTIFF UNITED STATES' OPENING BRIEF IN SUPPORT OF ITS MOTION FOR DECLARATORY JUDEMENT**

**Index of Exhibits**

| Exhibit | Description |
|---|---|
| 1 | EPA Guidance Document, Letter from William Rosenberg, EPA, to John Boston, WEPCO (June 9, 1990) ("WEPCo Remand Letter") |
| 2 | Letter from D. Pollock re: Coal Plant Upgrade Status [1846] (March 12, 2007) |
| 3-A | Letter from D. Branecky (OG&E) to E. Terrill (ODEQ) transmitting 2003 Muskogee 4 Project Report (Oct. 22, 2003). |
| 3-B | Letter from D. Branecky (OG&E) to E. Terrill (ODEQ) transmitting 2004 Sooner 2 Project Report (Feb. 16, 2004). |
| 3-C | Letter from D. Branecky (OG&E) to E. Terrill (ODEQ) transmitting 2004 Muskogee 5 Project Report (Apr. 14, 2004). |

| | |
|---|---|
| 3-D | Letter from D. Branecky (OG&E) to E. Terrill (ODEQ) transmitting 2004 Muskogee 6 Project Report (Oct. 20, 2004). |
| 3-E | Letter from D. Branecky (OG&E) to E. Terrill (ODEQ) transmitting 2005 Muskogee 4 Project Report (Feb. 22, 2005). |
| 3-F | Letter from D. Branecky (OG&E) to E. Terrill (ODEQ) transmitting 2005 Muskogee 5 Project Report (Oct. 3, 2005). |
| 3-G | Letter from D. Branecky (OG&E) to E. Terrill (ODEQ) transmitting 2006 Sooner 1 Project Report (Jan. 26, 2006). |
| 3-H | Letter from D. Branecky (OG&E) to E. Terrill (ODEQ) transmitting 2006 Sooner 2 Project Report (Oct. 27, 2006). |
| 4 | Order of the Administrator, *In re: Wisc. Pow. & Light, Columbia Gen. Station* ("*Columbia Generating Order*") (Oct. 8, 2009). |
| 5 | EPA Guidance Document, Letter from D. McNally (U.S. EPA) to M. Wejkszner (Pa. Dep't Envtl. Protection) (Apr. 20, 2010). |
| 6 | Email from O.W. Beasley to J. Parham [1843] (Nov. 27, 2007) and attached letter. |
| 7 | Letter from D. Branecky to A. Gould [1865] (Sept. 14, 2006) |
| 8 | Excerpt of Email from Larry Kuennan [1854] (July 29, 2004) |
| 9 | Excerpt of Technical Support Document for the Prevention of Significant Deterioration and Nonattainment Area New Source Review Regulations ("PSD TSD") (November 2002) |