**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>               v.<br><br>OKLAHOMA GAS & ELECTRIC CO.,<br><br>   Defendant. | Civil Action No. 5:13-cv-00690-D |

**PLAINTIFF UNITED STATES' OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDEMENT AND DECLARATORY RELIEF**

**EXHIBIT 2**

Mayberry, Edward

| | |
|---|---|
| From: | Pollock, Dean |
| Sent: | Monday, March 12, 2007 9:10 AM |
| To: | Wendling Jr, John; Hatley, Larry; Parham, John; Nunez, David; Mayberry, Edward |
| Cc: | Hatfield, James; Clary, Irby; Whiteley, Rusty; Skarky, Susan |
| Subject: | Coal Plant upgrade status Feb07.xls |
| Attachments: | Coal Plant upgrade status Feb07.xls |

Attached is the latest update on the project(s) to upgrade the coal plants. Through 2006 we have spent approx $81.5 million and have about $8.6 million remaining for an estimated total spend of approx of $90.1 million. The original estimate for all projects was $95 million. If you have any questions please call me at 3179.

Thanks,

Dean

Mayberry, Edward

1

DOC 1846 001

Coal Plant Upgrades

DOC 1846 002

| Project | Actual | | | | | | 2007 |
|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | Total Actual | |
| 11003535 MK 4 REPLACE ECONOMIZER | | $ 3,736,577 | $ 50,094 | $ - | | $ 3,786,671 | |
| 11004643 MK5 ECONOMIZER | | | | $ 4,339,319 | $ (59,611) | $ 4,279,708 | |
| 11004881 MK6 ECONOMIZER | | | | | | $ - | $ 2,642,7 |
| 11004850 SO1 ECONOMIZER | | | | $ 2,942,962 | $ 1,293,635 | $ 4,236,597 | |
| 11003534 SO-UNIT 2 ECONOMIZER | $ 4,072 | $ 2,009,635 | $ 1,928,795 | | | $ 3,942,502 | |
| 11004083 MK4 TURBINE UPGRADE | | | | | | $ - | |
| 11003537 MK5 TURBINE EFFICIENCY IMPROVE | | | $ 3,501,556 | $ 2,701,727 | $ 24,685 | $ 6,227,969 | |
| 11003536 MK 6 TURBINE EFFICIENCY IMPROV | $ 86,999 | $ 2,920,448 | $ 4,660,854 | $ (155,485) | $ 43,299 | $ 7,556,114 | |
| 11002605 SO1 HP/IP STEAM PATH MODIFICATION | | $ 1,704,662 | $ 4,674,431 | $ 956,371 | $ (833) | $ 7,334,631 | |
| 11003647 SO2 HP/IP ADSP MODIFICATION | | | $ 2,580 | $ 5,235,846 | $ 3,531,061 | $ 8,769,486 | |
| | | | $ 2,428 | $ 4,995,213 | $ 4,006,972 | $ 9,004,614 | $ 347,2 |
| 11005241 MK4 LP BLADING | | | | | | $ - | |
| 11004738 MK5 LP BLADING | | | | | | $ - | $ 2,817,9 |
| 11004974 MK6 LP BLADING | | | | $ 2,170,082 | $ 11,343 | $ 2,181,425 | |
| | | | | | $ 4,700,528 | $ 4,700,528 | |
| 11004082 MK4 SUPERHEAT AND REHEAT SURFA | | | | | | $ - | |
| 11003538 MK5 REHEAT SURFACE ADDITION | | | $ 2,390,246 | $ 2,320,901 | | $ 4,711,147 | |
| 11004081 MK6 SUPERHEAT AND REHEAT SUFRA | | $ 750,674 | $ 1,924,095 | $ (20,161) | $ 11,804 | $ 2,666,412 | |
| 11004848 SO1 REHEAT SURFACE ADDITION | | | $ 3,493,911 | $ (28,308) | | $ 3,465,603 | |
| 11004882 SO2 SH/RH SURFACE ADDITION | | | | $ 1,669,117 | $ 1,353,889 | $ 3,023,006 | |
| | | | | | $ 5,558,351 | $ 5,558,351 | $ 7,3 |
| TOTAL | $ 91,071 | $ 11,121,996 | $ 22,628,990 | $ 27,127,584 | | $ 81,444,764 | $ 5,815,3 |

OGE Energy Corp Confidential

8/13/2008