UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

   Plaintiff,

            v.    Civil Action No. 5:13-cv-00690-D

OKLAHOMA GAS & ELECTRIC CO.,

   Defendant.

**PLAINTIFF UNITED STATES' OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDEMENT AND DECLARATORY RELIEF**

**EXHIBIT 6**

**Mayberry, Edward**

| | |
|---|---|
| **From:** | Beasley, Wayne |
| **Sent:** | Tuesday, November 27, 2007 10:14 AM |
| **To:** | Mayberry, Edward; Pryor, Calvin; Wendling Jr, John |
| **Subject:** | Unit operation after maintenance improvements rev1 |
| **Attachments:** | Unit operation after maintenance improvements rev1.doc |

Attached is the proposed letter after receiving comments. Any mor input?

John, when do you want this letter sent?

Wayne

1

**OG&E** *Electric Services*
INTERNAL CORRESPONDENCE

FROM:   O. W. Beasley                                     DATE: November 27, 2007

TO:     John Parham                                       LOCATION: Power Supply
                                                                    Services

SUBJECT: Coal Unit Operation after Certain Maintenance Upgrades

There have been many discussions on the decision made to operate the coal units at or below the original design conditions after the subject maintenance upgrades. In an attempt to clarify for all parties, I will try to state the decisions made and help to understand the reasons for those decisions.

It was decided when we made the upgrades that Power Supply would operate, for at least five years after the last upgrade to a unit, at or below the original design conditions of the unit. For the five existing units this is 2400 psig, $1000^0F./ 1000^0F$. This would be equivalent to the design heat input to the units from original design. It is recognized the units will make a few more Megawatts output due to efficiency improvements and we should utilize that improvement. We agreed to not take full advantage of the upgrade capability due to environmental considerations that could be imposed on the units.

I hope this clarifies the decision and allows each plant to set goals around these parameters.

Sincerely,

O. Wayne Beasley P.E.
Manager, Power Supply Services


cc: John Wendling
    Larry Hatley
    Ed Mayberry
    Calvin Pryor
    File

DOC 1843 002