UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>OKLAHOMA GAS & ELECTRIC CO.,<br><br>   Defendant. | Civil Action No. 5:13-cv-00690-D |

**PLAINTIFF UNITED STATES' OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDEMENT AND DECLARATORY RELIEF**

**EXHIBIT 7**

**Martin, Melody**

| | |
|---|---|
| From: | Branecky, David |
| Sent: | Thursday, September 14, 2006 7:42 AM |
| To: | Gould, Allen |
| Cc: | Martin, Melody |
| Subject: | RE: AES Fourth Set of DR.doc |

Allen,

Because of work done on Muskogee 4 in 2003 we opted to place a cap on our emissions in order to avoid triggering new regulations. New regulations would likely have required a scrubber and NOX control. The cap is determined by calculating 12 month emissions from the highest 24 months in the previous 5 years. We committed to remain under the cap for 5 years. We submit annual reports to DEQ demonstrating we are remaining under the cap. The documents we sent Kim fully explains the issue. If you need more, let me know.

David

**REDACTED**

PRIVILEGED