**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-13-690-D |
| | ) | |
| OKLAHOMA GAS AND ELECTRIC | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION**
**FOR EXTENSION OF BRIEFING DEADLINES ASSOCIATED WITH**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND**
**DECLARATORY RELIEF AND DEFENDANT'S MOTION TO DISMISS**

Defendant Oklahoma Gas and Electric Company's Unopposed Motion [Doc. No. 14] for Extension of Briefing Deadlines Associated with Plaintiff's Motion for Summary Judgment and Declaratory Relief and Defendant's Motion to Dismiss comes before the Court for consideration. For good cause shown, Defendant's motion is hereby GRANTED.

The following briefing schedule associated with Plaintiff's Motion for Summary Judgment and Declaratory Relief and Defendant's Motion to Dismiss is hereby entered:

(1) Defendant's response to Plaintiff's Motion for Summary Judgment and Declaratory Relief is due on or before October 4, 2013;

(2) Plaintiff's reply to its Motion for Summary Judgment and Declaratory Relief is due on or before October 25, 2013;

(3) Plaintiff's response to Defendant's Motion to Dismiss is due on or before October 11, 2013; and

(4)     Defendant's reply to its Motion to Dismiss is due on or before November 1, 2013.

IT IS SO ORDERED this 16th day of September, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE