## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. CIV-13-690-D |
| | ) | |
| v. | ) | Judge Timothy D. DeGiusti |
| | ) | |
| OKLAHOMA GAS AND ELECTRIC | ) | |
| COMPANY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## OKLAHOMA GAS AND ELECTRIC COMPANY'S
## MOTION TO DISMISS SIERRA CLUB'S COMPLAINT IN INTERVENTION

Donald K. Shandy (OBA No. 11511)
  DShandy@ryanwhaley.com
Patrick R. Pearce, Jr. (OBA No. 18802)
  RPearce@ryanwhaley.com
RYAN WHALEY COLDIRON
SHANDY PLLC
119 N. Robinson Avenue, Ste 900
Oklahoma City, OK 73102
Telephone:  (405) 239-6040
Fax:          (405) 239-6766

Date:  September 20, 2013

Brian J. Murray
  bjmurray@jonesday.com
Charles Wehland
  ctwehland@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601-1692
Telephone:  (312) 782-3939
Fax:          (312) 782-8585

*Counsel for Defendant Oklahoma Gas &*
*Electric Company*

Oklahoma Gas and Electric Company ("OG&E") submits this Motion to Dismiss Sierra Club's Complaint in Intervention, and states as follows:

1.      On September 6, 2013, OG&E filed its Motion to Dismiss the Government's Complaint.  (Dkt. No. 10.)

2.      On September 13, 2013, Sierra Club filed its Motion to Intervene in this matter.   (Dkt. No. 12.)

3.      On September 16, 2013, the Court set a briefing schedule on the Motion to Dismiss which requires the Government to file its response no later than October 11, 2013, and OG&E's reply is due no later than November 1, 2013. (Dkt. No. 15.)

4.      On September 18, 2013, the Court granted Sierra Club's Motion to Intervene. (Dkt. No. 16.)

5.      On September 19, 2013, Sierra Club filed its Complaint in Intervention.  (Dkt. No. 17.)  Sierra Club's Complaint in Intervention and the Government's Complaint are substantially similar and in many instances, identical.  Both Complaints contain virtually identical causes of action and seek declaratory relief.

6.      Sierra Club's Complaint in Intervention should be dismissed for the reasons detailed in OG&E's Motion to Dismiss, Brief in Support of its Motion to Dismiss, and attached Exhibits, all of which OG&E incorporates herein.  (Dkt. No. 10.)

2

WHEREFORE, OG&E respectfully requests that this Court dismiss Sierra Club's Complaint in Intervention for the same reasons outlined in its Motion to Dismiss the Government's Complaint, Brief in Support of its Motion to Dismiss, and attached Exhibits, filed on September 6, 2013.

Date: September 20, 2013

Respectfully Submitted,

s/ Brian J. Murray
  Brian J. Murray
    bjmurray@jonesday.com
  Charles T. Wehland
    ctwehland@jonesday.com
  JONES DAY
  77 West Wacker Drive, Suite 3500
  Chicago, Illinois  60601-1692
  Telephone:  (312) 782-3939
  Facsimile:   (312) 782-8585

  Donald K. Shandy (OBA No. 11511)
    DShandy@ryanwhaley.com
  Patrick R. Pearce, Jr. (OBA No. 18802)
    RPearce@ryanwhaley.com
  RYAN WHALEY COLDIRON
  SHANDY PLLC
  119 N. Robinson Avenue, Ste 900
  Oklahoma City, OK 73102
  Telephone:  (405) 239-6040
  Fax:           (405) 239-6766

  *Counsel for Defendant Oklahoma Gas & Electric Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2013 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Elias L Quinn
US Dept of Justice Civil Div-601-DC
601 D St NW
Washington, DC 20004
Phone:  (202) 514-2756
Fax:      (202) 514-0097
elias.quinn@usdoj.gov

Jacquelyn L. Dill
Dill Law Firm, P.C.
12101 N. MacArthur Blvd.
Suite 200
Oklahoma City, Oklahoma 73162
Phone:  (405) 722-9600
Fax:      (405) 694-4568
jdill@dilllawfirm.com


s/ Brian J. Murray
Brian J. Murray