# Exhibit 2

DOC 0478

# PS Environmental Quarterly Update

## Monday January 24, 2005

DOC 478 001

# Air Quality Opportunities

- NSR- New Source Review
  - *Currently committed to operate all coal units except Sooner 1 within self imposed limits to minimize NSR liability*
  - *Rumors of EPA inquiry in Oklahoma*

- *Mercury*
  - *DEQ issuance of mercury statewide advisory for fish consumption*
  - *Coal-fired boilers listed as main source*

- Clean Air Interstate Rule (CAIR) - Clean Air Mercury Rule (CAMR) - Clear Skies – Regional Haze
  - *CAIR finalized 3/1/05*
  - *CAMR finalized 3/15/05*
  - *Clear Skies top priority for Sen. Inhofe and Bush Administration with possible passage in 2005*
    - *Contains $SO_2$, $NO_X$ and Mercury reductions, but no $CO_2$*
    - *Would supercede CAIR and CAMR*