# EX. 1

# EPA Examples of $SO_2$ Emissions as 24-Month Annual Averages
## Figure 1-1: Example of Muskogee Unit 4 Post-Project $SO_2$ Emissions (tpy)[1]
### (Muskogee 4 restarted operations in April 2005)



---

[1] $SO_2$ emissions data were collected under EPA's Acid Rain Program and are available as part of EPA's Air Markets Program Data, http://ampd.epa.gov/ampd/QueryToolie.html. The data represented in the bar entitled "24-Mo. Ave. Actual (May '06-Apr. '08)" reflects EPA's selected data period for post-project $SO_2$ emissions (starting in May '06), but extended to a 24-month annual average consistent with OAPCR 1.4.4(b)(20)(A).

**EPA Examples of $SO_2$ Emissions as 24-Month Annual Averages**
**Figure 1-2: Example of Sooner Unit 1 Post-Project $SO_2$ Emissions (tpy)[2]**
**(Sooner 1 restarted operations in March 2006)**



---

[2] $SO_2$ emissions data were collected under EPA's Acid Rain Program and are available as part of EPA's Air Markets Program Data, http://ampd.epa.gov/ampd/QueryToolie.html. The data represented in the bar entitled "24-Mo. Ave. Actual (Apr. '08-Mar. '10)" reflects EPA's selected data period for post-project $SO_2$ emissions (starting in Apr. '08), but extended to a 24-month annual average consistent with OAPCR 1.4.4(b)(20)(A).