# EX. 2

## Table 2-1: Sierra Club Table of SO$_2$ Emissions as 24-Month Annual Averages[1]

| A<br>Unit / Project | B<br>Year | C<br>Past Actual | D<br>Projected Future Actual | E<br>Actual SO$_2$ (24-Month Ave)[2] |
|---|---|---|---|---|
| Muskogee Unit 4 Economizer Replacement | 2003 | 10,201 | 10,240.9 | 9,031 (Mar. '06 - Feb. '08) [decrease] |
| Sooner Unit 2 Economizer Replacement | 2004 | 11,168.5 | 11,208.4 | 9,140 (Apr. '08 - Mar. '10) [decrease] |
| Muskogee Unit 5 Turbine Blade Replacement and Boiler Heat Transfer Surface Project | 2004-05 | 10,209.5 | 10,249.4 | 9,736 (Sept. '04 - Aug. '06) [decrease] |
| Muskogee Unit 6 Turbine Blade Replacement and Boiler Heat Transfer Surface Project | 2004 | 10,381.2 | 10,421.1 | 9,663 (June '08 – May '10) [decrease] |
| Muskogee 4 Turbine Blade Replacement and Boiler Heat Transfer Surface Project | 2005 | 9,918.7 | 9,958.6 | 9,031 (Mar. '06 - Feb. '08) [decrease] |
| Muskogee Unit 5 Economizer Replacement and Steam Turbine Blade Replacement | 2005 | 10,209.5 | 10,249.4 | 7,955 (Feb. '06 - Jan. '08) [decrease] |
| Sooner Unit 1 Turbine Blade Replacement and Boiler Heat Transfer Surface Project | 2006 | 10,453.0 | 10,492.9[3] | 10,234 (Nov. '06 – Oct. '08) [decrease] |
| Sooner Unit 2 Turbine Blade Replacement and Boiler Heat Transfer Surface Project | 2006 | 9,761.2 | 9,801.1 | 9,140 (Apr. '08 – Mar. '10) [decrease] |

---

[1] SO$_2$ emissions data were collected under EPA's Acid Rain Program and are available as part of EPA's Air Markets Program Data, http://ampd.epa.gov/ampd/QueryToolie.html.

[2] The data in Column E reflects Sierra Club's selected data period for post-project SO$_2$ emissions (same start date), but extended to 24-month annual averages consistent with OAPCR 1.4.4(b)(20)(A).

[3] Sierra Club's version of this table incorrectly transposed two numbers in the projection for Sooner Unit 1 to read 10,4<u>29</u>.9 tpy. (Sierra Club Resp. at 19.) OG&E actually projected future emissions to be 10,4<u>92</u>.9 tpy as shown above.